UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EQUITY BANK,<br>        Plaintiff.<br><br>v.<br><br>STEPHANIE MORRIS NISSAN, LLC; STEPHANIE MORRIS; CHAD MORRIS; STEPHANIE MORRIS NISSAN OF DURANGO, LLC; WALT, LLC; NISSAN MOTOR ACCEPTANCE COMPANY, LLC; and TBF GRP,<br>        Defendants. | Civil Action No. 2:23-CV-04210-MDH |

## ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANTS STEPHANIE MORRIS AND CHAD MORRIS

Before the Court is Plaintiff Equity Bank's Motion for Default Judgment Against Defendants Walt LLC, TBF GRP, Stephanie Morris and Chad Morris (Doc. 11) filed on December 6, 2023, and the Clerk's Entry of Default entered on January 18, 2024 (Doc. 40) with regard to Defendants Stephanie Morris and Chad Morris in this case. Since the filing of the motion, Defendants Walt LLC and TBF GRP have filed answers and are no longer in default. As to those defendants, the motion for default judgment is denied.

As to Defendants Stephanie Morris and Chad Morris, the motion for default judgment is granted. The Court finds that Defendants Chad Morris and Stephanie Morris were duly served with a copy of the summons and Verified Complaint in this case on November 8, 2023, but have failed to answer within the time frame required by Rule 12 of the Federal Rules of Civil Procedure. Further, Equity Bank has complied with the requirements of Local Rule 55.1 by providing these defendants notice of its intention to seek a default judgment against them, (Doc. 34 and 35), and has obtained a clerk's entry of default against these defendants (Doc. 40).

1

Pursuant to Rule 55 of the Federal Rules of Civil Procedure and Local Rule 55.1, Equity Bank is thus entitled to entry of a default judgment against defendants Stephanie Morris and Chad Morris, and thus Equity Bank's Motion for Default Judgment Against Defendants Stephanie Morris and Chad Morris only is **GRANTED**.  (Doc. 11).

The Court finds that the uncontroverted evidence demonstrates that Defendants Stephanie and Chad Morris are in breach of their guaranties for their failure to make payment of the amounts due and owing to Equity Bank from Stephanie Morris Nissan, LLC, which amounts were all fully and properly accelerated by Equity, with notice of such acceleration provided to Stephanie and Chad Morris. Neither Chad nor Stephanie Morris made any payments as required by the terms of their guaranties after acceleration of the debt, and thus are in breach of their contractual obligation to Equity. Thus, Equity is entitled to judgment for breach of their guaranties.

Further, Defendants Stephanie and Chad Morris, either through direct and intentional representations or through intentional silence, willfully and intentionally misrepresented several material facts to Equity, including the location, existence, and current sale status of numerous vehicles that Equity financed for Stephanie Morris Nissan, LLC in order to obtain additional financing from Equity. While intentionally and fraudulently misrepresenting to Equity that certain vehicles remained in their possession, and that they had financed those vehicles solely through Equity, the Court finds that in reality, certain vehicles were double floored with Equity and other lenders, and that certain vehicles had in fact been sold, with the proceeds of such sales being fraudulently retained by Stephanie and Chad Morris, as well as Stephanie Morris Nissan, LLC. Stephanie and Chad Morris knew these representations were false when made (or when they remained silent about the location of vehicles), that those representations were made intentionally and with the intent that they be relied upon, and knew that Equity was relying on the truth of these

representations when they were made so that Equity would extend additional credit. Because these defendants were contractually obligated to provide sale information to Equity, it was reasonable for Equity to rely on Stephanie and Chad Morris's fraudulent misrepresentations. Thus, Defendants Stephanie and Chad Morris are found liable for fraud, as well.

As a result of the above findings, judgment is hereby entered against Defendants Stephanie Morris and Chad Morris only in the amount of $2,516,254.65.

Judgment is further entered against Defendants Stephanie Morris and Chad Morris and in favor of Equity Bank on Equity Bank's claim to quiet title to certain vehicles, in which Equity Bank has a superior interest as compared to any interest that Defendants Stephanie Morris or Chad Morris might claim in the following list of vehicles:

| | | | |
|---|---|---|---|
| SALEWEEE6P2138994 | 2023 | Land Rover | Defender |
| KNMAT2MV2KP536701 | 2019 | Nissan | Rogue SV |
| KNMAT2MT3HP558018 | 2017 | Nissan | Rogue S |
| 1N4BL4BV2LC192420 | 2020 | Nissan | Altima |
| 3N1CN8EV3ML835636 | 2021 | Nissan | Versa |
| KNDPMCACPJ7365475 | 2018 | Kia | Sportage |
| JN1BJ1AW9N1421610 | 2021 | Nissan | Rogue SPTS |
| 5N1AT2MV7LC718379 | 2020 | Nissan | Rogue |
| 5N1AT2MT6KC771006 | 2019 | Nissan | Rogue |
| 1GKKNNLS2KZ257572 | 2019 | GMC | Acadia SLT |
| 3KPFL4A86HE115704 | 2017 | Kia | Forte |
| JN8AZ2NE5L9255256 | 2020 | Infiniti | QX80 |
| JA4AP3AU8LU026222 | 2020 | Mitsubishi | Outlander |
| KNDCC3LC7H5085817 | 2017 | Kia | Niro |

| VIN | Year | Make | Model |
|---|---|---|---|
| 1N6AA1ED7PN102506 | 2023 | Nissan | Titan SV |
| 3N1CP5DVXLL564583 | 2020 | Nissan | Kicks SV |
| KM8JU3AG5EU865631 | 2014 | Hyundai | Tucson SE |
| 2GNALBEK8G1162224 | 2016 | Chevy | Equinox LS |
| 3C4NJCAB1JT487802 | 2018 | Jeep | Compass Spt Sport |
| JN1BJ1CP3KW528381 | 2019 | Nissan | Rogue Sport S |
| JN8AT2MT9JW462247 | 2018 | Nissan | Rogue S |
| 3TMCZ5AN7MM417693 | 2021 | Toyota | Tacoma |
| 5N1AZ2MS8KN144169 | 2019 | Nissan | Murano |
| 1G1ZD5ST6MF035167 | 2021 | Chevy | Malibu |
| JTNKHMBX7M1108565 | 2021 | Toyota | CH-R |
| 1V2WR2CA0KC523356 | 2019 | Volkswagen | Atlas SE |
| 1C4PJLAS2HW667352 | 2017 | Jeep | Cherokee Sport |
| WBAVM5C56EVV93353 | 2014 | BMW | X1 |
| 5TDLZRAH3MS061695 | 2021 | Toyota | Highlander XSE |
| WBA4F7C57HG438143 | 2017 | BMW | 4-Series |
| 3GTU9DED5MG316117 | 2021 | GMC | Sierra 1500 |
| JTEBU5JRXG5329921 | 2016 | Toyota | 4 Runner SR5 |
| 3GKALVEV7LL244026 | 2020 | GMC | Terrain |
| 3CZRU6H14MM721124 | 2021 | Honda | HR-V |
| 1FA6P8CF4G5298334 | 2016 | Ford | Mustang GT |
| JM3KFBDM1M0325558 | 2021 | Mazda | CX-5 |
| 1FMJU1MT5JEA21039 | 2018 | Ford | Expedition |
| 5N1DR2MN3JC629871 | 2018 | Nissan | Pathfinder SV |

| VIN | Year | Make | Model |
|---|---|---|---|
| 3GNAXHEV1MS140339 | 2021 | Chevy | Equinox LS |
| 5N1DR2MN0HC611273 | 2017 | Nissan | Pathfinder S |
| 1N4BL4EV6KC256694 | 2019 | Nissan | Altima SL 2.5 |
| 1HGCR2F57HA110570 | 2017 | Honda | Accord Sport |
| 1FMCU0JX5GUA63946 | 2016 | Ford | Escape Titanium |
| 1FMCU0GD6HUA81533 | 2017 | Ford | Escape Titanium |
| 2GNALBEK2F6355180 | 2015 | Chevy | Equinox |
| 2FMPK3J99JBC00295 | 2018 | Ford | Edge SEL |
| WBXHU7C3XJ5H45516 | 2018 | BMW | X1 SDRIVE28I |
| 3N1CN8EV8ML827712 | 2021 | Nissan | Versa SV 4 Dr Sedan BLK |
| 3FA5P0K97FR279804 | 2015 | Ford | Fusion |
| 1N4BL4EV8LC184320 | 2020 | Nissan | Altima 2.5 SL 4DR Sedan |
| WBA5R7C53KFH12241 | 2019 | BMW | 3 Series 330I Xdrive 4DR Sedan |
| 3N1CP5BV0NL496400 | 2022 | Nissan | Kicks S FWD 4D |
| 3GCPCREH8JG468838 | 2018 | Chevy | Silverado 1500 |
| 1GC1KXEG5JF126799 | 2018 | Chevy | Silverado 2500 |
| 1N4AL3AP9DN434005 | 2013 | Nissan | Altima |
| ZACCJBDT8GPD13652 | 2016 | Jeep | Renegade |
| 1FM5K7FH2JGC93667 | 2018 | Ford | Explorer |
| 3N1AB7AP8KY431796 | 2019 | Nissan | Sentra SV |
| 2HGFC1F91GH658981 | 2016 | Honda | Civic |
| JN1BJ1AVXMW316243 | 2021 | Nissan | Rogue Sport |
| KL4CJCSM6KB889755 | 2019 | Buick | Encore |
| JN8AY2NC8J9558496 | 2018 | Nissan | Armada |

| VIN | Year | Make | Model |
|---|---|---|---|
| 2C4RDGCG7HR772607 | 2017 | Dodge | Grand Caravan SXT Wagon |
| 5N1DL0MN7JC501218 | 2018 | Infiniti | QX60 |
| JN1BJ1CV0LW274435 | 2020 | Nissan | Rogue Sport |
| 3N1AB8CV0MY225487 | 2021 | Nissan | Sentra |
| 5N1DR2MN4KC622607 | 2019 | Nissan | Pathfinder SV FWD |
| 3N1CP5BV2LL501061 | 2020 | Nissan | Kicks S FWD 4D SUV |
| 1N4BL4BV5NN373454 | 2022 | Nissan | Altima 2.5 S FWD |
| 2C3CDXJG7GH282122 | 2016 | Dodge | Charger |
| 3C4NJDBB4HT693033 | 2017 | Jeep | Compass |
| 3N1AB7AP9FL664606 | 2015 | Nissan | Sentra |
| 1C6RR7YT7HS623983 | 2017 | Dodge | Ram |
| 1FTEW1E58JKC27795 | 2018 | Ford | F150 |
| 1FTEW1E56KFD53177 | 2019 | Ford | F150 |
| 1FTPW14V16KC84549 | 2006 | Ford | F150 |
| 4T1KZ1AKXMU057322 | 2021 | Toyota | Camry |
| 1FMJK2A56EEF65847 | 2014 | Ford | Expedition |
| KNMAT2MVXFP527945 | 2020 | Nissan | Rogue |
| 1GCVKREC2HZ375192 | 2017 | Chevy | Silverado |
| 1C4GJXAGXLW327040 | 2020 | Jeep | Wrangler |
| 2G61N5S3XH9149871 | 2017 | Cadillac | XTS |
| 3N1AB8BV7NY277556 | 2022 | Nissan | Sentra |
| 5J8TB3H35HL008128 | 2017 | Acura | RDX |
| 3N1CP5DV6LL504641 | 2020 | Nissan | Kicks SR |
| 5UXWY3C55F0E96788 | 2015 | BMW | X3 XDrive28d AWD 4 Door Wagon |

| VIN | Year | Make | Model |
|---|---|---|---|
| 5UXKR6C56G0J80893 | 2016 | BMS | X5 Xdrive50i |
| 1FTEW1EG1JFA04752 | 2018 | Ford | F150 XLT 4WD 4 Door |
| 1GC4KXEY8KF237970 | 2019 | Chevy | Silverado 3500 |
| JN8AS5MV4DW602442 | 2013 | Nissan | Rogue |
| 3FAHP0HA5CR181246 | 2012 | Ford | Fusion |
| 1FMCU9GD7HUA53647 | 2017 | Ford | Escape |
| KL7CJKSB6LB053201 | 2019 | Chevy | Trax |
| 5N1AZ2MG8HN136187 | 2017 | Nissan | Murano |
| 1FMCU9GX2EUD37337 | 2014 | Ford | Escape |
| 4T4BF1FK0CR172730 | 2012 | Toyota | Camry |
| 1C4NJDEB0CD588466 | 2012 | Jeep | Compass |
| 3CZRU5H50JM714597 | 2018 | Honda | HR-V EX |
| 1FTEW1E58LKE93899 | 2020 | Ford | F150 XLT 4WD Supercrew 5 |
| 1FTEW1CP9KKE77729 | 2019 | Ford | F150 XL 2WD Supercrew 5.5 |
| 1FTEW1CP5KKE12960 | 2019 | Ford | F150 XL 2WD Supercrew 5.5 |
| JF1VA1A67F9817875 | 2015 | Subaru | WRX |
| 5UXCX6C05L9D36008 | 2020 | BMW | X7 |
| 3FA6P0HD9ER185062 | 2014 | Ford | Fusion |
| 1C4BJWDG2GL298320 | 2016 | Jeep | Wrangler |

**IT IS SO ORDERED**.

Dated: February 13, 2024  /s/ Douglas Harpool
UNITED STATES DISTRICT COURT JUDGE