IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| **EQUITY BANK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:23-cv-04210-MDH |
| | ) | |
| **STEPHANIE MORRIS NISSAN, LLC;** | ) | |
| **STEPHANIE MORRIS; CHAD MORRIS;** | ) | |
| **STEPHANIE MORRIS NISSAN OF** | ) | |
| **DURANGO, LLC; WALT, LLC;** | ) | |
| **NISSAN MOTOR ACCEPTANCE** | ) | |
| **COMPANY, LLC; and TBF GRP,** | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| **NISSAN MOTOR ACCEPTANCE** | ) | |
| **COMPANY, LLC** | ) | |
| | ) | |
| Counter Claimant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **EQUITY BANK,** | ) | |
| | ) | |
| Counter Defendant, | ) | |
| | ) | |
| **NISSAN MOTOR ACCEPTANCE** | ) | |
| **COMPANY, LLC,** | ) | |
| | ) | |
| Cross Claimant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **STEPHANIE MORRIS NISSAN, LLC;** | ) | |
| **TBF GRP; and WALT, LLC,** | ) | |
| | ) | |
| Cross Defendants. | ) | |

1

# ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is Doc. 70, Stipulated Voluntary Dismissal of Defendant, Walt, LLC, Without Prejudice, wherein Plaintiff, Equity Bank and Defendant, WALT, LLC, by and through their respective counsel, stipulate and agree to the dismissal of WALT, LLC, without prejudice, from the Petition filed by Equity Bank in the above-captioned matter, effective *instanter*, with each party to bear their own costs. Defendant WALT, LLC, stipulates and agrees that it has no interest in the motor vehicles described in said Petition (sic) by Plaintiff, Equity Bank.

WHEREFORE, after review, the Court hereby ORDERS that Defendant WALT, LLC, is dismissed from Plaintiff Equity Bank's Complaint for Damages and Replevin in this action, without prejudice, with each party to bear their own costs, but is not dismissed from this action entirely. WALT, LLC remains in this case as a Cross Defendant in a cross claim filed by Nissan Motor Acceptance Company, LLC (Doc. 37) ("Nissan"), and Equity Bank remains as a Counter Defendant in Nissan's Counter Claim (Doc. 37).

**IT IS SO ORDERED.**

DATED: July 11, 2024

                                                   s/ *Douglas Harpool*
                                                 **DOUGLAS HARPOOL**
                                                 **UNITED STATES DISTRICT JUDGE**