# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| **EQUITY BANK,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:23-cv-04210-MDH |
| ) | |
| **STEPHANIE MORRIS NISSAN, LLC;** ) | |
| **STEPHANIE MORRIS; CHAD MORRIS;** ) | |
| **STEPHANIE MORRIS NISSAN OF** ) | |
| **DURANGO, LLC; WALT, LLC;** ) | |
| **NISSAN MOTOR ACCEPTANCE** ) | |
| **COMPANY, LLC; and TBF GRP,** ) | |
| ) | |
| Defendants, ) | |
| ) | |
| **NISSAN MOTOR ACCEPTANCE** ) | |
| **COMPANY, LLC** ) | |
| ) | |
| Counter Claimant, ) | |
| ) | |
| vs. ) | |
| ) | |
| **EQUITY BANK,** ) | |
| ) | |
| Counter Defendant, ) | |
| ) | |
| **NISSAN MOTOR ACCEPTANCE** ) | |
| **COMPANY, LLC,** ) | |
| ) | |
| Cross Claimant, ) | |
| ) | |
| vs. ) | |
| ) | |
| **STEPHANIE MORRIS NISSAN, LLC;** ) | |
| **TBF GRP; and WALT, LLC,** ) | |
| ) | |
| Cross Defendants. ) | |

1

# ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the Stipulated Voluntary Dismissal of Cross-Claim by Cross-Claim Plaintiff Nissan Motor Acceptance Company LLC, Against Cross-Claim Defendant, WALT, LLC, without Prejudice (Doc. 73). Cross-claim Plaintiff, Nissan Motor Acceptance Company, LLC ("NMAC") and Cross-claim Defendant WALT, LLC ("WALT"), stipulate and agree to the dismissal, without prejudice, of the Cross-claim filed by NMAC against WALT, with each party to bear their own costs. WALT further stipulates and agrees that it has no interest in the motor vehicles described in NMAC's cross-claim.

WHEREFORE, after review, the Court hereby ORDERS that the Cross-Claim of NMAC is hereby dismissed, without prejudice, as to Cross-Defendant WALT, each party is to bear their own costs.

**IT IS SO ORDERED.**

DATED: July 30, 2024

                                             s/ *Douglas Harpool*
                                            **DOUGLAS HARPOOL**
                                            **UNITED STATES DISTRICT JUDGE**