# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EQUITY BANK,<br><br>        Plaintiff,<br><br>  v.<br><br>STEPHANIE MORRIS NISSAN, LLC, et al.,<br><br>        Defendants. | Civil Action No. 2:23-CV-04210-MDH |

### AGREED ORDER REGARDING EQUITY BANK'S MOTION TO COMPEL COMPLIANCE WITH COURT ORDER AND TURNOVER

Before the Court is Plaintiff Equity Bank's Motion to Compel Compliance with Court Order and Turnover filed on February 7, 2025 (Doc. 78). Defendant Nissan Motor Acceptance Company ("NMAC") opposed the Motion on March 7, 2025 (Doc. 83). In the Motion, Equity Bank sought compliance with the Court's July 22, 2024 order (Doc. 72) regarding the disposition and sale of vehicles obtained from Defendant Stephanie Morris Nissan, LLC, as later amended on November 13, 2024 (Doc. 77). In the amended order, the Court required NMAC to pay to Equity Bank the proceeds of insurance for certain vehicles damaged in a hailstorm in Denver, Colorado, which proceeds have not yet been paid to Equity Bank, but which proceeds NMAC indicated in its opposition is largely in NMAC's possession, subject to receipt of titles for the subject vehicles. Additionally, NMAC has a number of vehicles that it has not yet taken possession of from Equity Bank located at Mannheim Kansas City auto auction.

The parties have negotiated with one another and agreed to relief in the following manner, which the Court now orders:

1. NMAC shall retain the proceeds of insurance for the 9 vehicles which were determined to be collateral of Equity, suffered hail damage in Denver, Colorado while in NMAC's custody and care, and had an agreed value of $144,975 prior to being damaged. Any additional efforts required to finalize the insurance payments for the vehicles shall be at the sole cost and expense of NMAC. These vehicles are as follows:

    a. 2018 Chevy Silverado, VIN 1GC1KXEG5JF126799

    b. 2020 GMC Terrain, VIN 3GKALVEV7LL244026

    c. 2016 Ford Escape, VIN 1FMCU0JX5GUA63946

    d. 2018 Ford Edge, VIN 2FMPK3J99JBC00295

    e. 2019 BMW 3 Series, VIN WBA5R7C53KFH12241

    f. 2017 Jeep Compass, VIN 3C4NJDBB4HT693033

    g. 2015 BMW X5 XDrive50i, VIN 5UXKR6C56G0J80893

    h. 2020 Ford F150 XLT Supercrew, VIN 1FTEW1E58LKE93899

    i. 2019 Ford F150 XL Supercrew, VIN 1FTEW1CP5KKE12960

2. Equity Bank will take custody, control and ownership of the following vehicles which are currently at the Mannheim Kansas City auto auction, and which were previously determined to be collateral of NMAC by the Court:

    a. 2018 Infiniti QX60, VIN 5N1DL0MN7JC501218

    b. 2023 Nissan Rogue SV, VIN 5N1BT3BB6PC816523

    c. 2022 Nissan Kicks S, VIN 3N1CP5BV0NL496400

    d. 2021 Nissan Rogue Sport S, VIN JN1BJ1AVXMW316243

    e. 2021 Nissan Sentra SV, VIN 3N1AB8CV0MY225487

    f. 2020 Nissan Altima, VIN 1N4BL4CV9LC183230

    g. 2019 Nissan Pathfinder SL, VIN 5N1DR2MMC3KC613534

    h. 2019 Nissan Rogue Sport S, VIN JN1BJ1CP3KW528381

    i. 2018 Nissan Armada Rogue Platinum, VIN JN8AY2NC8J9558496

    j. 2018 Nissan Pathfinder SV, VIN 5N1DR22MN3JC629871

    k. 2017 Nissan Murano Platinum, VIN 5N1AZ2MG8HN136187

    l. 2016 Nissan Rogue S, VIN JN8AT2MTXGW020165

3. The Department of Motor Vehicles for the states of Missouri and/or Kansas are hereby ordered to issue new titles, free and clear of any liens, to Nissan Motor Acceptance Company listed as owner with regard to the vehicles identified in Paragraph 1, above.

4. The Department of Motor Vehicles for the states of Missouri and/or Kansas are hereby ordered to issue new titles, free and clear of any liens, to Equity Bank listed as owner with regard to the vehicles identified in Paragraph 2, above.

5. Equity Bank, once it has received title to the paragraph 2 vehicles, shall put them for sale at Mannheim Kansas City auto auction and obtain the highest possible sale price for each vehicle. After sale, Equity Bank will provide to NMAC evidence of the total sale proceeds for these vehicles, less the $605 recovery and titling fee to which Equity is entitled pursuant to the Court's prior orders in this case and which Equity Bank shall retain as to each vehicle apart from

the sale proceeds. Equity Bank shall retain those proceeds of sale in the same manner as other sale proceeds in this case pending further order of the Court.

6. Upon receipt of evidence of the proceeds received by Equity for sale of these 12 vehicles, NMAC shall pay to Equity Bank within ten days the amount necessary such that Equity Bank will receive a total of $144,975 from the combination of the sale of vehicles and payments from NMAC. In the event of sale proceeds greater than $144,975, NMAC and Equity Bank will equally split the amount greater than $144,975, and NMAC shall have no obligation to make further payment to Equity Bank.

7. After payment of this amount by NMAC, the parties shall be discharged as to their respective rights with regard to the vehicles which are the subject of this order and the insurance proceeds referenced herein.

**IT IS SO ORDERED**.

DATED: April 8, 2025

/s/ Douglas Harpool
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**