UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EQUITY BANK,<br><br>        Plaintiff,<br><br>   v.<br><br>STEPHANIE MORRIS NISSAN, LLC, et al.,<br><br>        Defendants. | Civil Action No. 2:23-CV-04210-MDH |

## JOINT STATUS REPORT

The remaining parties to this case—Equity Bank, Nissan Motor Acceptance Company LLC, and TBF Group LLC—hereby submit this joint status report to the Court pursuant to the Court's order of October 7, 2025.

Pursuant to the Court's order dated April 8, 2025 (Doc. 89), NMAC released 12 vehicles to Equity Bank in April 2025. Over the course of the ensuing months, Equity Bank retitled the vehicles consistent with the Court's order, and proceeded to sell the vehicles as directed by the Court. Most of the vehicles sold in July 2025. One vehicle sold in September 2025. The last vehicle was sold and the proceeds of sale received by Equity Bank on October 7, 2025. As such, the final vehicle sale under this order only recently was completed. Equity Bank has provided notice of the sale proceeds to NMAC and requested that NMAC reimburse it for the difference between those sale prices and the $144,975 insurance proceeds claim which NMAC retained pursuant to the Court's April 8, 2025 order.  NMAC has not yet had an opportunity to review Equity Bank's request or to confirm the details concerning the amounts received by Equity Bank to determine what amounts, if any, are due Equity Bank.

Upon receipt of the payment of the deficiency amount from NMAC, Equity Bank and NMAC anticipate that their claims against one another will be resolved and that a mutual dismissal of their claims will follow. Equity Bank and TBF Group have engaged in discussions regarding resolution of their claims to the proceeds of the vehicles repossessed by Equity Bank, and anticipate that after dismissal of NMAC they will submit a proposed order to the court regarding distribution of the remaining vehicle proceeds in Equity Bank's possession. Upon entry of that order and distribution of proceeds between the parties, Equity Bank anticipates that it would dismiss the remaining claims against TBF Group and the judgments in this case would become final.

The parties are uncertain as to the exact dates for the submission of these expected filings, but anticipates that they should hopefully be completed within the next 30-45 days. The parties are prepared to provide such further information as the Court might require regarding this status report upon request.

AGREED BY:

/s/ *Justin M. Nichols*
John T. Coghlan, MO # 36361
Justin M. Nichols, MO #56920
KUTAK ROCK LLP
2405 Grand Blvd., Suite 600
Kansas City, MO 64108
Phone: (816) 960-0090
John.Coghlan@kutakrock.com
Justin.Nichols@kutakrock.com

Attorneys for Plaintiff Equity Bank


LATHROP GPM
*/s/ Benjamin C. Struby*
Benjamin C. Struby, #56711
Benjamin.struby@lathropgpm.com
Rhett Buchmiller, #72729
Rhett.buchmiller@lathropgpm.com
2345 Grand Blvd.
Suite 2200
Kansas City, MO 64108
Tele: (816) 292-2000
Fax: (816) 292-2001

Attorneys for Defendant TBF GRP, LLC

*/s/ Todd W. Ruskamp*
Todd W. Ruskamp, MO # 38625
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tele: (816) 474-6550
Fax: (816) 421-5547
truskamp@shb.com

Attorneys for Defendant Nissan Motor Acceptance Company LLC